UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RALPH ALBERTUS HOXIE, II,**

      Petitioner,

                                                  Case No. 03-73397
v                                                       Hon. Bernard A. Friedman

**DOUGLAS VASBINDER, Warden,**

      Respondent.
_____/

## MEMORANDUM OPINION AND ORDER

      This matter is before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation dated March 29, 2005. Petitioner has filed timely objections thereto.

      This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

      ACCORDINGLY:

      IT IS HEREBY ORDERED that Magistrate Judge Paul J. Komives' Report and Recommendation dated March 29, 2005, is hereby accepted and adopted.

      IT IS FURTHER ORDERED that petitioner's application for writ of habeas corpus is denied.


  June 24, 2005                          s/Bernard A. Friedman
    Detroit, Michigan                BERNARD A. FRIEDMAN
                                                    CHIEF JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

     /s/ Patricia Foster Hommel
        Patricia Foster Hommel
   Secretary to Chief Judge Friedman